UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

## Case Number: 10-10003-CR-MARTINEZ

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GILBERT SUAREZ,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation Pursuant to

Order of Reference of the District Court Dated February 29, 2011. The Report and Recommendations

issued by Senior United States Magistrate Judge Peter R. Palermo, on April 5, 2011  **(D.E.#227),**

recommends to this Court, that CJA Voucher #FLS 10-5091 be Granted and that Mr.Edward J.

O'Donnell IV, Esquire be awarded the sum of **$60,449.32** as fair and final compensation for his work

in this case.  The parties were afforded the opportunity to file objections to the Report and

Recommendation, however none were filed.  Accordingly, the Court has considered the Report and

Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the

Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the

premises, it is

       **ORDERED AND ADJUDGED** that Senior United States Magistrate Judge Peter R.

Palermo's  Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

       **DONE AND ORDERED** in Chambers at Miami, Florida, this _2_ day of May, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

-2-

Copies provided to:
Senior Magistrate Judge Peter R. Palermo
Edward J. O'Donnell IV, Esq
Lucy Lara, CJA Administrator